Henry HUNT v. STATE. (No. 12080.) Court of Criminal Appeals of Texas. Oct. 10, 1928. C. C. Hines, of Linden, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is burglary; the punishment, confinement in the penitentiary for two years. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

John HUNT v. STATE. (No. 12214.) Court of Criminal Appeals of Texas. Oct. 17, 1928. E. J. Conn, of Lufkin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is the possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Ben JACKSON v. STATE. (No. 12105.) Court of Criminal Appeals of Texas. Oct. 10, 1928. Scott Reed, L. W. Shepperd, and J. E. Bradley, all of Groesbeck, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful manufacture of liquor capable of producing intoxication; penalty, one year. The record is without any bills of exception or statement of facts and presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Ramon JOHNSON v. STATE. (No. 12097.) Court of Criminal Appeals of Texas. Oct. 10, 1928. Morgan & Morgan and E. L. Hartwell, all of Greenville, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, burglary; penalty, two years. The record is without any bills of exception or statement of facts and presents nothing for review. Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Zack KENNEY v. STATE. (No. 11887.) Court of Criminal Appeals of Texas. June 13, 1928. Rehearing Denied Oct. 17, 1928. Futch & Cooper, of Henderson, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for murder, punishment being three years in the penitentiary. Neither statement of facts nor bills of exception are found in the record. In such condition nothing is presented for review. The judgment is affirmed.

On Motion for Rehearing.